IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Carmellia Myers, f/k/a Hammond,     Plaintiff, | ) ) ) | |
| v. | ) ) | No. 5:21-cv-00660-HNJ |
| Full Circle Financial Services, LLC, a Florida limited liability company,     Defendant. | ) ) ) ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that she has reached a settlement of her claims against the Defendant. Plaintiff hereby requests that this Court cancel or stay all dates and give her leave to file for dismissal by August 13, 2021.

Dated: June 30, 2021

/s/ David J. Philipps_____
One of Plaintiff's Attorneys

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

# **CERTIFICATE OF SERVICE**

  I hereby certify that on June 30, 2021, a copy of the foregoing **Notice of Settlement** was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Neal D. Moore, III          nmoore@my-defense.com
Moore, Young, Foster
& Hazelton, LLP
1122 Edenton Street
Birmingham, Alabama 35242

Ronald C. Sykstus         rsykstus@bondnbotes.com
Bond, Botes, Sykstus, Tanner
& Ezzell, P.C.
225 Pratt Avenue NE
Huntsville, Alabama 35801

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com