
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CARMELLIA MYERS, )<br>)<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>FULL CIRCLE FINANCIAL )<br>SERVICES, LLC, )<br>)<br>Defendant ) | Case No. 5:21-cv-00660-HNJ |

### ORDER

Pursuant to Plaintiff's Notice of Settlement (Doc. 14), the court **STAYS** until August 13, 2021, all current deadlines and **CANCELS** the telephone conference scheduled for July 14, 2021. The parties shall take appropriate action to perfect settlement by **August 13, 2021**.

**DONE** and **ORDERED** this 1st day of July, 2021.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE